168 A.3d 1175

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DAVID J. ZUKOWSKI, DEFENDANT–PETITIONER.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005511–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

168 A.3d 1175

SAMUEL KIRKPATRICK, JR., A MINOR BY HIS G/A/L KAREN KIRKPATRICK AND KAREN KIRKPATRICK, INDIVIDUALLY, PLAINTIFFS–PETITIONERS, v. HIDDEN VIEW FARM AND DOROTHY NESTI, DEFENDANTS–RESPONDENTS, AND MARY OROS, DEFENDANT.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001585–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.